## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **BARBARA WILSON and** <br> **LORENZO WILSON,** | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | )    CIV. ACT. NO. 2:23-cv-354-TFM-MU <br> ) |
| **SHEREE JOHNSON**, *et al.*, | ) <br> ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 31st day of May, 2024.

>   /s/Terry F. Moorer
>   TERRY F. MOORER
>   UNITED STATES DISTRICT JUDGE